IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY G. MOREMAN, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-113-SMD |
| | ) | |
| AUBURN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**STANDARD BRIEFING ORDER**

For any future dispositive motion—e.g., motion to remand, motion to dismiss, motion for summary judgment—it is ORDERED that a response shall be due no later than **21 days** from the date the motion is filed. A reply may be filed no later than **14 days** after the response is filed. After the reply deadline, the Court will take the motion under advisement without providing further notice to the parties.

For any future opposed non-dispositive motion,[1] it is ORDERED that a response shall be due no later than **14 days** from the date the motion is filed. A reply may be filed no later than **7 days** after the response is filed. After the reply deadline, the Court will take the motion under advisement without providing further notice to the parties.

It is further ORDERED that any motion or brief exceeding **20 pages** shall include a table of contents, a table of authorities, and delineated sections. Absent a showing of good cause, the deadlines and directives contained in this order shall govern all current and future

---

[1] Any such motion must make clear that the motion is opposed.

parties in this action. Failure to abide by these requirements or any requirement found in the Court's uniform scheduling order shall be grounds for denial of any motion.

DONE this 1st day of April, 2025.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE